### RED EAGLE BUS COMPANY v P U C

Ohio Supreme Court

No 23237. Decided March 2, 1932

Jones, Matthias, Day, Kinkade and Stephenson, JJ, concur. Allen, J, concurs in propositions 1 and 2 of the syllabus and in the judgment.

Full opinion will be published later. Watch **Omnibus Index.**

---

### CLEVELAND (city) v GUSTAFSON

Ohio Supreme Court

No 22931. Decided Feb 24, 1932

Jones, Matthias, Day, Allen and Kinkade, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**